

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Fin & Feather Club, by and through
Trustee, Kenneth Parten, Appellant

No. 06-13-00006-CV          v.

Dale Leander and Don Leander, Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. 37293).
Opinion delivered by Justice Moseley,
Chief Justice Morriss and Justice Carter
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Fin & Feather Club, by and through Trustee, Kenneth Parten, pay all costs of this appeal.

RENDERED OCTOBER 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk